UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
ART ZULU, INC.,

                  Plaintiff,

    -against-

IMPULSE WEAR, INC.
d/b/a/ EARTH TONES TRADING CO.,

                  Defendant.
----------------------------------------------------X

Civil Action No.:

**CERTIFICATE OF COMPLIANCE**

      The undersigned, attorney of record for the defendant Impulse Wear, Inc. d/b/a Earth Tones Trading Co., certifies that, in compliance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal of this action was filed with the Clerk of the Supreme Court of the State of New York, New York County. This filing occurred on October 17, 2005. The undersigned further certifies that, in compliance with the requirements of 28 U.S.C. § 1446 (d), written notice of the removal was also given to all parties in this action, along with a copy of the Notice of Removal filed in this court. The notice was given on October 17, 2005 to all of the parties named above as plaintiffs in this action or to their attorneys of record by first class mail.

Dated:    New York, New York
            October 18, 2005

                                              _____
                                              Adam J. Rader (AR-3530)

TO:

CARB, LURIA, COOK & KUFELD LLP
ATTORNEYS FOR PLAINTIFF
521 Fifth Avenue, 9th Floor
New York, NY 10175
(212) 503-0648
Attn: Joel S. Stern, Esq.