UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————X
ART ZULU, INC.,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/05
```

 Plaintiff,

05-CV-8735 (BSJ)

-against-

**STIPULATION**

IMPULSE WEAR, INC.
d/b/a/ EARTH TONES TRADING CO.,

 Defendant.
————————————————X

The undersigned parties hereby stipulate that Defendant's time to answer or otherwise move with respect to the complaint in the above-referenced action is extended to November 7, 2005.

Dated: New York, New York
 October 19, 2005

LACHER & LOVELL-TAYLOR

By: _____
 Adam J. Rader (AR-3530)
 Attorneys for Defendant
 750 Lexington Avenue
 New York, New York 10022
 (212) 872-1500

CARB, LURIA, COOK & KUFELD LLP

By: _____
 Joel S. Stern (JS54522)
 Attorneys for Plaintiff
 521 Fifth Avenue, 9th Floor
 New York, New York 10175
 (212) 503-0648

SO ORDERED:

New York, New York
October ___, 2005

_____
BARBARA S. JONES
U.S.D.J.