```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ART ZULU, INC.                            :
                                          :
                Plaintiff,                :
                                          :   05 Civ. 8735 (BSJ)
       v.                                 :
                                          :   Order
IMPULSE WEAR, INC.                        :
d/b/a EARTH TONES TRADING CO.             :
                                          :
                Defendant.                :
------------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The parties in this case have advised the Court that they have agreed to a settlement in principle. They are directed to submit a notice of settlement to the Court in writing on or before December 16, 2005, or to otherwise notify the Court on or before that date if a settlement cannot be reached.


SO ORDERED:

*/s/ Barbara S. Jones*
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
November 30, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/05