UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ART ZULU, INC.,                                  :     Civil Action No. 05 CV 8735 (BSJ)

                Plaintiff,     :     Judge Barbara S. Jones

    - against -                              :

IMPULSE WEAR, INC.                               :
d/b/a EARTH TONES TRADING CO.,

                                               :

                Defendant.
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), plaintiff, Art Zulu, Inc., hereby dismisses this action with prejudice.

                                                          STERN & ZINGMAN LLP

                                                          By: _____
                                                              Joel S. Stern, Esq.
                                                         Attorneys for Plaintiff
                                                         110 East 59th Street
                                                         New York, New York 10022
                                                         Tel: (212) 207-3825
                                                         Fax: (212) 583-7464

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing was served, via ordinary U.S. mail, first class postage pre-paid, this 13th day of March, 2006 to the following:

James S. Savage, Esq.
Douglas J. Segerman, Esq.
McFadden Winner and Savage
175 South Third Street, Suite 210
Columbus, Ohio 43215-5134

Adam J. Rader, Esq.
Lacher & Lovell-Taylor
750 Lexington Avenue
New York, New York 10021

*[signature]*
Joel S. Stern

2