UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ART ZULU, INC., : Civil Action No. 05 CV 8735 (BSJ)

           Plaintiff, : Judge Barbara S. Jones

   - against - :

IMPULSE WEAR, INC. :
d/b/a EARTH TONES TRADING CO.,
                         :
           Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/06

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), plaintiff, Art Zulu, Inc., hereby dismisses this action with prejudice.

STERN & ZINGMAN LLP

By: _____
Joel S. Stern, Esq.
Attorneys for Plaintiff
110 East 59th Street
New York, New York 10022
Tel: (212) 207-3825
Fax: (212) 583-7464

Application Granted.
The Clerk of the Court
is directed to close this
case.

SO ORDERED _____
Dated: BARBARA S. JONES
           U.S.D.J.
5/30/06